**Order entered September 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-00421-CR**
**No. 05-13-00423-CR**
**No. 05-13-00424-CR**
**No. 05-13-00425-CR**

**THE STATE OF TEXAS, Appellant**

**V.**

**ALBERT G. HILL III, Appellee**

## ORDER

The Court **GRANTS** appellee's August 30, 2013 motion to extend time to file his brief.

We **ORDER** appellee to file his brief by **OCTOBER 28, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     LANA MYERS
        JUSTICE